UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 12-834 |
| | ) |
| SHERWOOD A. SCAHAUB, JR., | ) |
| and DIANE SCHAUB, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AMENDED COMPLAINT[1]

The United States of America, pursuant to the provisions of 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this action to collect: (1) unpaid income tax liabilities assessed against Sherwood A. Schaub, Jr.; (2) an income tax liability assessed against Sherwood A. Schaub, Jr., and Diane Schaub, jointly and severally; and (3) trust fund recovery penalty (26 U.S.C. § 6672) liabilities assessed against Sherwood A. Schaub, Jr.  In support of this action, the United States alleges as follows:

### JURISDICTION

1.  The Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. § 7402.

2.  The defendant Sherwood A. Schaub, Jr., resides within the jurisdiction of this Court.

---

[1] The United States has amended its complaint for the sole purpose of correcting the language in Paragraph 16 of the original complaint.

3. The defendant Diane Schaub resides within the jurisdiction of this Court.

## COUNT I - COLLECTION OF INDIVIDUAL INCOME TAX LIABILITY OF SHERWOOD A. SCHAUB, JR.

4. The United States incorporates by reference the allegations of Paragraphs 1 and 2.

5. A delegate of the Secretary of the Treasury made assessments against Sherwood A. Schaub, Jr., on the dates, in the amounts, and for the income tax periods set forth in the table below. The table also lists the amounts owing for those liabilities as of May 28, 2012; statutory additions and interest continue to accrue according to law.

| Tax Period Ended | Assessment Date | Assessment Type | Assessment Amount | Amount owing as of 05/28/2012 |
|---|---|---|---|---|
| 12/31/1998 | 06/24/2002<br>"         "<br>"         "<br>"         "<br>"         "<br>10/03/2005 | Tax<br>Estimated tax penalty<br>Late filing penalty<br>Failure to pay penalty<br>Interest<br>Failure to pay penalty<br>**Total** | $195,721.31<br>$5,926.96<br>$44,032.12<br>$38,122.69<br>$66,070.01<br>$10,801.87<br>$360,674.96 | $608,949.78 |
| 12/31/2000 | 06/03/2002<br>"         "<br>"         "<br>"         "<br>"         "<br>10/03/2005 | Tax<br>Estimated tax penalty<br>Late filing penalty<br>Failure to pay penalty<br>Interest<br>Failure to pay penalty<br>**Total** | $126,488.00<br>$6,802.00<br>$30,351.60<br>$6,323.24<br>$11,398.24<br>$25,293.00<br>$206,633.08 | $344,981.82 |
| 12/31/2001 | 06/10/2002<br>"         "<br>"         "<br>"         " | Tax<br>Estimated tax penalty<br>Failure to pay penalty<br>Interest<br>**Total** | $80,982.00<br>$2,736.64<br>$809.82<br>$748.86<br>$85,277.32 | $164,422.27 |
| **Total** | --- | --- | --- | $1,118,353.87 |

6. A delegate of the Secretary of the Treasury issued notices of the assessments described in Paragraph 5 to Sherwood A. Schaub, Jr., and made demands for payment to Sherwood A. Schaub, Jr.

7. Despite the notices of the assessments and demands for payment, Sherwood A. Schaub, Jr., has failed, neglected, or refused to fully pay the liabilities listed in Paragraph 5, and there remains due and owing $1,118,353.87, plus statutory additions and interest according to law from May 28, 2012.

**COUNT II - COLLECTION OF JOINT INCOME TAX LIABILITY OF SHERWOOD A. SCHAUB, JR., AND DIANE SCHAUB**

8. The United States incorporates by reference the allegations of Paragraphs 1 through 3.

9. A delegate of the Secretary of the Treasury made an assessment against Sherwood A. Schaub, Jr., and Diane Schaub on the date, in the amount, and for the income tax period set forth in the table below. The table also lists the amount owing for that liability as of May 28, 2012; statutory additions and interest continue to accrue according to law.

| Tax Period Ended | Assessment Date | Assessment Type | Assessment Amount | Amount owing as of 05/28/2012 |
|---|---|---|---|---|
| 12/31/2003 | 04/05/2010 | Tax<br>Estimated tax penalty<br>Late filing penalty<br>Failure to pay penalty<br>Interest<br>**Total** | $22,558.00<br>$177.00<br>$2,825.55<br>$3,139.50<br>$6,596.28<br>$35,296.33 | $10,139.94 |

    10.    A delegate of the Secretary of the Treasury issued a notice of the assessment described in Paragraph 9 to Sherwood A. Schaub, Jr., and Diane Schaub, and made a demand for payment to Sherwood A. Schaub, Jr., and Diane Schaub.

    11.    Despite the notice of the assessment and demand for payment, Sherwood A. Schaub, Jr., and Diane Schaub have failed, neglected, or refused to fully pay the liability listed in Paragraph 9, and there remains due and owing $10,139.94, plus statutory additions and interest according to law from May 28, 2012.

## COUNT III - COLLECTION OF TRUST FUND RECOVERY PENALTIES ASSESSED AGAINST SHERWOOD A. SCHAUB, JR.

    12.    The United States incorporates by reference the allegations of Paragraphs 1 and 2.

    13.    A delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 6672, made assessments against Sherwood A. Schaub, Jr., on the date, in the amount, and for the underlying corporate tax periods set forth in the table below. The table also lists the corporation with which

each assessment is associated and the amount owing for each assessment as of May 28, 2012. Interest continues to accrue according to law.

| Tax Period Ended | Assessment Date | Assessment Type | Assessment Amount | Amount owing as of 05/28/2012 |
|---|---|---|---|---|
| 03/31/2000 | 02/16/2001 | Trust fund recovery penalty for Goodrich & Sherwood Associates, Inc.[2] | $1,300,139.62 | |
| | 03/26/2001 | Interest | $12,237.87 | |
| | 10/08/2001 | Trust fund recovery penalty for Whittenwood Associates, Inc. | $16,804.32 | |
| | | **Total** | | $2,454,001.17 |
| 12/31/2002 | 06/16/2005 | Trust fund recovery penalty for Whittenwood Associates, Inc. | $184,685.70 | |
| | 08/08/2005 | Interest | $1,615.94 | |
| | | **Total** | $186,301.64 | $269,993.74 |
| **Total** | --- | -- | --- | $2,723,994.91 |

14. Sherwood A. Schaub, Jr., was responsible for collecting, truthfully accounting for, or paying over the employment tax liabilities of Goodrich & Sherwood Associates, Inc., for the periods reflected in Paragraph 13 and Footnote 1.

---

[2]The assessment for the period ended March 31, 2000, for Goodrich & Sherwood Associates, Inc., is based on unpaid employment taxes for the periods ended December 31, 1996; September 30, 1997; June 30, 1999; September 30, 1999; December 31, 1999; and March 31, 2000.

15. Sherwood A. Schaub, Jr., willfully failed to collect, truthfully account for, or pay over the employment tax liabilities of Goodrich & Sherwood Associates, Inc., for the periods reflected in Paragraph 13 and Footnote 1.

16. Sherwood A. Schaub, Jr., was responsible for collecting, truthfully accounting for, or paying over the employment tax liabilities of Whittenwood Associates, Inc., for the periods reflected in Paragraph 13.

17. Sherwood A. Schaub, Jr., willfully failed to collect, truthfully account for, or pay over the employment tax liabilities of Whittenwood Associates, Inc., for the periods reflected in Paragraph 13.

18. A delegate of the Secretary of the Treasury issued notices of the assessments described in Paragraph 13 to Sherwood A. Schaub, Jr., and made demands for payment to Sherwood A. Schaub, Jr.

19. Despite the notices of the assessments and demands for payment, Sherwood A. Schaub, Jr., has failed, neglected, or refused to fully pay the liabilities listed in Paragraph 13, and there remains due and owing $2,723,994.91, plus interest according to law from May 28, 2012.

WHEREFORE, the United States demands that this Court:

(a) Enter judgment in favor of the United States and against Sherwood A. Schaub, Jr., in the amount of $1,118,353.87, plus statutory additions and interest according to law from May 28, 2012, for unpaid federal income tax liabilities;

(b) Enter judgment in favor of the United States and against Sherwood A. Schaub, Jr., and Diane Schaub, jointly and severally, in the amount of $10,139.94, plus statutory additions and interest according to law from May 28, 2012, for an unpaid federal income tax liability;

      (c)      Enter judgment in favor of the United States and against Sherwood A. Schaub, Jr., in the amount of $2,723,994.91, plus interest according to law from May 28, 2012, for unpaid trust fund recovery penalties;

      (d)      Award the United States its costs, and such further relief as the Court deems just and proper.

Dated: October 17, 2012

                                                 KATHRYN KENEALLY
                                                 Assistant Attorney General
                                                 Tax Division, U.S. Department of Justice

                                               /s/ *Austin L. Furman*
                                               AUSTIN L. FURMAN (phv02475)
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               P.O. Box 55, Ben Franklin Station
                                               Washington, D.C. 20044-0055
                                               Telephone: (202) 307-2007
                                               Email: Austin.L.Furman@usdoj.gov

*Local Counsel*:

DAVID B. FEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on October 17, 2012, I electronically filed the foregoing Amended Complaint. The document has been electronically served upon the following through the ECF system:

Jeffrey M. Sklarz on behalf of defendants Sherwood A. Schaub, Jr., and Diane Schaub

      /s/ *Austin L. Furman*
AUSTIN L. FURMAN (phv02475)
Trial Attorney, Tax Division