UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-834 |
| ) | |
| SHERWOOD A. SCAHAUB, JR., ) | Judge Janet Bond Arterton |
| and DIANE SCHAUB, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## AGREED JUDGMENT

The plaintiff United States of America and the defendants Sherwood A. Schaub, Jr., and Diane Schaub, through their undersigned attorneys, agree to this Court's issuance of entry of final judgment as set forth below. Accordingly, it is ORDERED, ADJUDGED, and DECREED that:

(1) Judgment is entered in favor of the plaintiff United States of America and against defendant Sherwood A. Schaub, Jr., in the amount of $1,118,353.87, plus statutory additions from May 28, 2012, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until the judgment is satisfied, for unpaid federal income tax liabilities for the 1998, 2000, and 2001 tax years, which were assessed on June 24, 2002, June 3, 2002, and June 10, 2002, respectively;

(2) Judgment is entered in favor of the plaintiff United States of America and against defendants Sherwood A. Schaub, Jr., and Diane Schaub, jointly and severally, in the amount of $10,139.94, plus statutory additions from May 28, 2012, including interest pursuant to

26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until the judgment is satisfied, for an unpaid federal income tax liability for the 2003 tax year, which was assessed on April 5, 2010;

(3)  Judgment is entered in favor of the United States and against defendant Sherwood A. Schaub, Jr., in the amount of $2,723,994.91, plus interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) from May 28, 2012, until the judgment is satisfied, for unpaid trust fund recovery penalties for the tax period ending March 31, 2000, which relate to the unpaid employment taxes of Goodrich & Sherwood Associates, Inc.,[1] and Whittenwood Associates, Inc., and were assessed on February 16, 2001, and October 8, 2001, respectively, and an unpaid trust fund recovery penalty for the tax period ending December 31, 2002, which relates to the unpaid employment taxes of Whittenwood Associates, Inc., and was assessed on June 16, 2005.

Dated: February 8, 2013

(signatures on next page)

---

[1] The assessment for the period ending March 31, 2000, for Goodrich & Sherwood Associates, Inc., is based on unpaid employment taxes for the periods ended December 31, 1996; September 30, 1997; June 30, 1999; September 30, 1999; December 31, 1999; and March 31, 2000.

**Agreed:**

| | |
|---|---|
| For plaintiff United States of America, | For defendants Sherwood A. Schaub, Jr., and Diane Schaub, |

KATHRYN KENEALLY
Assistant Attorney General
Tax Division, U.S. Department of Justice

| | |
|---|---|
| /s/ *Austin L. Furman* | /s/ *Jeffey M. Sklarz* |
| AUSTIN L. FURMAN (phv02475) | Jeffrey M. Sklarz (ct20938) |
| Trial Attorney, Tax Division | CONVICER, PERCY & GREEN, LLP |
| U.S. Department of Justice | 701 Hebron Avenue |
| P.O. Box 55, Ben Franklin Station | Glastonbury, CT 06033 |
| Washington, D.C. 20044-0055 | Phone: (860) 657-9040 |
| Telephone: (202) 307-2007 | Fax: (860) 657-9039 |
| Email: Austin.L.Furman@usdoj.gov | jsklarz@convicerpercy.com |


**IT IS SO ORDERED, ADJUDGED, AND DECREED:**

Dated:_____   _____
                                     JANET BOND ARTERTON
                                     United States District Judge

# CERTIFICATE OF SERVICE

I certify that on February 8, 2013, I electronically filed the foregoing Agreed Judgment.

The document has been electronically served upon the following through the ECF system:

Jeffrey M. Sklarz on behalf of defendants Sherwood A. Schaub, Jr., and Diane Schaub

    /s/ *Austin L. Furman*
AUSTIN L. FURMAN (phv02475)
Trial Attorney, Tax Division