UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-834 |
| | ) | |
| SHERWOOD A. SCAHAUB, JR., | ) | Judge Janet Bond Arterton |
| and DIANE SCHAUB, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AGREED JUDGMENT

The plaintiff United States of America and the defendants Sherwood A. Schaub, Jr., and Diane Schaub, through their undersigned attorneys, agree to this Court's issuance of entry of final judgment as set forth below. Accordingly, it is ORDERED, ADJUDGED, and DECREED that:

(1)     Judgment is entered in favor of the plaintiff United States of America and against defendant Sherwood A. Schaub, Jr., in the amount of $1,118,353.87, plus statutory additions from May 28, 2012, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until the judgment is satisfied, for unpaid federal income tax liabilities for the 1998, 2000, and 2001 tax years, which were assessed on June 24, 2002, June 3, 2002, and June 10, 2002, respectively;

(2)     Judgment is entered in favor of the plaintiff United States of America and against defendants Sherwood A. Schaub, Jr., and Diane Schaub, jointly and severally, in the amount of $10,139.94, plus statutory additions from May 28, 2012, including interest pursuant to

26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until the judgment is satisfied, for an unpaid federal income tax liability for the 2003 tax year, which was assessed on April 5, 2010;

(3)     Judgment is entered in favor of the United States and against defendant Sherwood A. Schaub, Jr., in the amount of $2,723,994.91, plus interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) from May 28, 2012, until the judgment is satisfied, for unpaid trust fund recovery penalties for the tax period ending March 31, 2000, which relate to the unpaid employment taxes of Goodrich & Sherwood Associates, Inc.,[1] and Whittenwood Associates, Inc., and were assessed on February 16, 2001, and October 8, 2001, respectively, and an unpaid trust fund recovery penalty for the tax period ending December 31, 2002, which relates to the unpaid employment taxes of Whittenwood Associates, Inc., and was assessed on June 16, 2005.

Dated: February 8, 2013

(signatures on next page)

---

[1]The assessment for the period ending March 31, 2000, for Goodrich & Sherwood Associates, Inc., is based on unpaid employment taxes for the periods ended December 31, 1996; September 30, 1997; June 30, 1999; September 30, 1999; December 31, 1999; and March 31, 2000.

**Agreed:**

For plaintiff United States of America,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division, U.S. Department of Justice

/s/ *Austin L. Furman*
AUSTIN L. FURMAN (phv02475)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-2007
Email: Austin.L.Furman@usdoj.gov

For defendants Sherwood A. Schaub, Jr.,
and Diane Schaub,

/s/ *Jeffey M. Sklarz*
Jeffrey M. Sklarz (ct20938)
CONVICER, PERCY & GREEN, LLP
701 Hebron Avenue
Glastonbury, CT 06033
Phone: (860) 657-9040
Fax: (860) 657-9039
jsklarz@convicerpercy.com

**IT IS SO ORDERED, ADJUDGED, AND DECREED:**

Dated: _February 13, 2013_

[/s/ Janet Bond Arterton, USDJ]

JANET BOND ARTERTON
United States District Judge

- 3 -